**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00505-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT POPE,

    Defendant.

---

## MINUTE ORDER[1]

---

On July 18, 2013, the court conducted a telephonic setting conference with counsel. After conferring with the parties and with their consent,

**IT IS ORDERED** that on **September 12, 2013**, commencing at 1:30 p.m., the court shall conduct a hearing regarding violation of supervised release.

Dated: July 18, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.